Peoples Savings Bank of Yonkers, N. Y., Respondent, v. Angelo Maggio, Appellant; The People of the State of New York, Defendant.— In an action for foreclosure and sale, order striking out the answer and granting summary judgment, and judgment of foreclosure and sale entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Antonio Precoppie, Respondent, v. Brooklyn Bus Corporation, Appellant.— Action to recover damages for personal injuries sustained by the plaintiff, here respondent, because of alleged negligence of defendant, here appellant, a common carrier of passengers for hire, whose driver is alleged to have started the defendant's bus suddenly and violently at the time when the plaintiff, an intended passenger, was entering it, thereby causing plaintiff's injuries. The issues were submitted to the jury, which rendered a verdict in favor of the plaintiff, here respondent, for damages in the sum of $1,250. From the judgment thereon entered the defendant appeals. It urges only one point, namely, that the verdict is against the greater weight of the evidence. Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event. In our opinion the verdict in so far as it finds liability to the plaintiff on the part of the defendant is against the weight of evidence. Hagarty, Davis and Taylor, JJ., concur; Lazansky, P. J., and Johnston, J., dissent and vote to affirm.

The People of the State of New York, Respondent, v. Leonard Abruzzese, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 188 of the Agriculture and Markets Law, unanimously affirmed. (See *People* v. *Ring, post,* p. 709, decided herewith.) Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. John Pisari, Also Known as John Pisarri, Appellant.— Judgment of the County Court of Richmond county, convicting defendant of the crime of robbery in the first degree, and order denying his motion for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

The People of the State of New York, Respondent v. Joseph Ring, Appellant.— Judgment of the Court of Special Sessions, City of New York, Borough of Brooklyn, convicting defendant of delivery of a deficient quantity of a commodity and a violation of section 188 of the Agriculture and Markets Law, unanimously affirmed. The evidence established a delivery following the misrepresentation as to the weight of the commodity. Section 188 of the Agriculture and Markets Law does not require that the potential customer be in fact actually defrauded. In this respect it differs from section 2411 of the Penal Law. The principle of *People* v. *Visconti* (234 N. Y. 165) is controlling, and in so far as *People* v. *Goldberg* (146 App. Div. 950) is to the contrary, the latter case may not be followed. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.